B4 (Official Form 4) (12/07)

# United States Bankruptcy Court

## Northern District Of Texas

In re DLH Master Land Holding, LLC  Case No. 10-30561-hdh-11
 Debtor

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Chuck Nichols dba Sierra Farms 13762 First Avenue Hanford, CA 93230 | Chuck Nichols dba Sierra Farms 13762 First Avenue Hanford, CA 93230 | Trade Debt | | 2,196,712.33 |
| James Guadagni 13324 Avenue 272 Visalia, CA 93277 | James Guadagni 13324 Avenue 272 Visalia, CA 93277 | Trade Debt | | 1,262,500.00 |
| Mike Kranyak 5400 Rosedale Highway Bakersfield, CA 93308 | Mike Kranyak 5400 Rosedale Highway Bakersfield, CA 93308 | Trade Debt | | 1,010,000.00 |
| Majid Mojibi 3129 Standard Street Bakersfield, CA 93388 | Majid Mojibi 3129 Standard Street Bakersfield, CA 93388 | Trade Debt | | 1,010,000.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Margaret M. Jensen<br>1396 W. Herndon Ave., #108<br>Fresno, CA 93711<br>(559) 435-6403 | Margaret M. Jensen<br>1396 W. Herndon Ave., #108<br>Fresno, CA 93711<br>(559) 435-6403 | Trade Debt | | 605,000.00 |
| La Madera Inc.<br>1396 W. Herndon Ave., #108<br>Fresno, CA 93711<br>(559) 435-6403 | La Madera Inc.<br>1396 W. Herndon Ave., #108<br>Fresno, CA 93711<br>(559) 435-6403 | Trade Debt | | 505,000.00 |
| JRJ Paving, LP<br>1805 Royal Lane, Suite 107<br>Dallas, TX 75229 | JRJ Paving, LP<br>1805 Royal Lane, Suite 107<br>Dallas, TX 75229 | Trade Debt | Disputed | 502,771.74 |
| Hunton & Williams<br>P.O. BOX 840686<br>Dallas, TX 75284-0686<br>(214) 468-3300 | Hunton & Williams<br>P.O. BOX 840686<br>Dallas, TX 75284-0686<br>(214) 468-3300 | Trade Debt | | 122,080.02 |
| Jackson Walker, LLP<br>Attorneys & Counselors<br>P.O. Box 130989<br>Dallas, TX 75313-0989<br>(214) 953-6000 | Jackson Walker, LLP<br>Attorneys & Counselors<br>P.O. Box 130989<br>Dallas, TX 75313-0989<br>(214) 953-6000 | Trade Debt | | 122,023.38 |
| Allen, Matkins, Leck, Gamble<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101 | Allen, Matkins, Leck, Gamble<br>501 West Broadway, 15th Floor<br>San Diego, CA 92101<br>(619) 233-1155 | Trade Debt | | 75,105.59 |
| Daniells, Phillips, Vaughn & Bock<br>300 New Stine Road<br>Bakersfield, CA 93309 | Daniells, Phillips, Vaughn & Bock<br>300 New Stine Road<br>Bakersfield, CA 93309<br>(661) 834-7411 | Trade Debt | | 58,850.00 |
| Kleinfelder Central, Inc<br>P.O. Box 676621<br>Dallas, TX 75267-6621<br>(559) 486-0705 | Kleinfelder Central, Inc<br>P.O. Box 676621<br>Dallas, TX 75267-6621<br>(559) 486-0705 | Trade Debt | | 17,234.34 |
| Vinson & Elkins, LLP<br>Attorneys at Law<br>P.O. Box 200113<br>Houston, TX 77216-0013<br>(713) 758-2222 | Vinson & Elkins, LLP<br>Attorneys at Law<br>P.O. Box 200113<br>Houston, TX 77216-0013<br>(713) 758-2222 | Trade Debt | | 16,950.00 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MYCON General Contractors, Inc.<br>Attn: Damon Norman<br>208 E. Louisiana, Suite 200<br>McKinney, TX 75069 | MYCON General Contractors, Inc.<br>Attn: Damon Norman<br>208 E. Louisiana, Suite 200<br>McKinney, TX 75069 | Trade Debt | | 11,171.40 |
| CoStar Realty Information, Inc<br>2 Bethesda Metro Center<br>10th Floor<br>Bethesda, MD 20814-5388 | CoStar Realty Information, Inc<br>2 Bethesda Metro Center<br>10th Floor<br>Bethesda, MD 20814-5388 | Trade Debt | | 10,451.03 |
| Trans Systems Corporation<br>P.O. Box 419380, Dept. 144<br>Kansas City, MO 64141-6380<br>(816) 329-8600 | Trans Systems Corporation<br>P.O. Box 419380, Dept. 144<br>Kansas City, MO 64141-6380<br>(816) 329-8600 | Trade Debt | | 7,965.63 |
| Allison & Partners<br>505 Sansome Street<br>Seventh Floor<br>San Francisco, CA 94111-3323 | Allison & Partners<br>505 Sansome Street<br>Seventh Floor<br>San Francisco, CA 94111-3323 | Trade Debt | | 6,055.11 |
| Fortune China Publishing<br>26/F. Western Harbour Center<br>181 Connaught Road West<br>Hong Kong<br>(852) 28580789 | Fortune China Publishing<br>26/F. Western Harbour Center<br>181 Connaught Road West<br>Hong Kong<br>(852) 28580789 | Trade Debt | | 5,496.00 |
| Marcoa Publishing Dallas, Inc.<br>1501 LBJ Freeway, Suite 150<br>Dallas, TX 75234<br>(972) 386-0288 | Marcoa Publishing Dallas, Inc.<br>1501 LBJ Freeway, Suite 150<br>Dallas, TX 75234<br>(972) 386-0288 | Trade Debt | | 3,645.00 |
| Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179-0311<br>(888) 286-6700 | Atmos Energy<br>PO Box 790311<br>St. Louis, MO 63179-0311<br>(888) 286-6700 | Trade Debt | | 3,289.50 |

Date: 1/25/10

_____
Debtor