**Micheal W. Bishop, Esq.**
**State Bar No. 02354860**
**H. Joseph Acosta, Esq.**
**State Bar No. 24006731**
LOOPER REED & MCGRAW, P.C.
**1601 Elm Street, Suite 4600**
**Dallas, TX 75201**

-And-

**Jerry D. Johnson, Esq.**
**State Bar No. 10746000**
**J. Michael Tibbals, Esq.**
**Texas State Bar No. 20017500**
SNELL WYLIE & TIBBALS, PC
**8150 N. Central Expwy., Suite 1800**
**Dallas, Texas 75206**

ATTORNEYS FOR GREAT WESTERN BANK, A BANK CHARTERED UNDER THE LAWS OF THE STATE OF SOUTH DAKOTA, SUCCESSOR IN INTEREST TO THE LOANS OF TIERONE BANK, A FEDERALLY CHARTERED SAVINGS BANK, BY ACQUISITION OF ASSETS FROM THE F.D.I.C. AS RECEIVER OF TIERONE BANK, WHICH WAS CLOSED BY THE OFFICE OF THRIFT SUPERVISION ON JUNE 4, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| **DLH MASTER LAND HOLDING, LLC,** | § | |
| **ALLEN CAPITAL PARTNERS, LLC,** | § | **Case No. 10-30561-HDH-11** |
| **RICHARD S. ALLEN, INC.,** and | § | |
| **RICHARD S. ALLEN,** | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF TRANSFER OF CLAIMS TO GREAT WESTERN BANK

NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 1100 COMMERCE STREET, ROOM 1254, DALLAS, TEXAS BEFORE CLOSE OF BUSINESS ON

**AUGUST 25, 2010, WHICH IS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), Great Western Bank, a bank chartered under the laws of the State of South Dakota ("Great Western"), hereby gives notice that all right, title and interest of TierOne Bank ("TierOne") in (a) Proof of Claim No. 16 filed on June 1, 2010 in the bankruptcy case of Allen Capital Partners, LLC (the "ACP Claim") Case No. 10-30562 and (b) Proof of Claim No. 17-1 filed on June 1, 2010 in the bankruptcy case of DLH Master Land Holding, LLC (the "DLH Claim") Case No. 10-30561 have been acquired and transferred to Great Western pursuant to the terms of a certain Purchase and Assumption Agreement, dated June 4, 2010 ("Purchase and Assumption Agreement"), between Great Western and the Federal Deposit Insurance Corporation, as receiver for TierOne. The acquisition and transfer of the ACP Claim and the DLH Claim are further evidenced by the Unsworn Declaration of Lloyd W. Sohl, Senior Vice President of Great Western Bank attached hereto as Exhibit "A".

As authorized pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), Great Western requests that the Court enter the Order attached hereto as Exhibit "B" granting the relief requested in this Notice of Transfer of Claims and substituting Great Western for TierOne as the owner and holder of all rights, title and interest previously owned by TierOne in the ACP Claim

and the DLH Claim.  Nothing shall adversely affect the interest of Branch Banking and Trust Company as set forth in the ACP Claim and the DLH Claim.

Dated:  August 4, 2010                                    Respectfully submitted,

                        By:  */s/ Micheal W. Bishop*
                          Micheal W. Bishop, Esq.
                          Texas State Bar No. 02354860
                          H. Joseph Acosta, Esq.
                          Texas State Bar No. 24006731
                          LOOPER REED & MCGRAW, P.C.
                          1601 Elm Street, Suite 4600
                          Dallas, Texas 75201
                          Telephone:  (214) 945-4135
                          Facsimile:  (214) 953-1332

-AND-

                          Jerry D. Johnson, Esq.
                          Texas State Bar No. 10746000
                          J. Michael Tibbals, Esq.
                          Texas State Bar No. 20017500
                          **SNELL WYLIE & TIBBALS, PC**
                          8150 N. Central Expwy, Suite 1800
                          Dallas, Texas 75206
                          Direct Dial: (214) 932-1795
                          Fax Number: (214) 691-2501
                          Email: jjohnson@snellwylie.com

                          ATTORNEYS FOR GREAT WESTERN BANK, A BANK CHARTERED UNDER THE LAWS OF THE STATE OF SOUTH DAKOTA, SUCCESSOR IN INTEREST TO THE LOANS OF TIERONE BANK, A FEDERALLY CHARTERED SAVINGS BANK, BY ACQUISITION OF ASSETS FROM THE F.D.I.C. AS RECEIVER OF TIERONE BANK, WHICH WAS CLOSED BY THE OFFICE OF THRIFT SUPERVISION ON JUNE 4, 2010

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing "Notice of Transfer of Claims to Great Western Bank" has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system and a copy was also forwarded via United States first class mail, postage prepaid and via certified mail, return receipt requested to the following persons on this 4th day of August, 2010. I additionally certify that a true and correct copy of the above and foregoing notice was forwarded via United States first class mail, postage prepaid to the persons set forth on the attached mailing matrix on this date.

TierOne Bank
c/o Michael F. Kivett
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport St.
P.O. Box 540125
Omaha, Nebraska 68154-0125

TierOne Bank
Attn: Officer
1235 "N" St
Lincoln, NE 68508

TierOne Bank
Attn: Tom Feilmeier
1283 Kelly Johnson Blvd
Colorado Springs, CO 80920

Federal Deposit Insurance Corporation as Receiver for TierOne Bank
Divisions of Resolutions and Receiverships
550 17th Street, N.W.
Washington, D.C. 20429
Attention: Ralph Malami, Manager, Capital Markets

Great Western Bank
Level 4, 100 North Phillips Avenue
Sioux Falls, SD 57104
Attn: Tim Kaiser

Federal Deposit Insurance Corporation as Receiver for TierOne Bank
Room E7056
3501 Fairfax Drive
Arlington, VA 2226
Attn: Special Issues Unit

Great Western Bank
Level 4, 100 North Phillips Avenue
Sioux Falls, SD 57104
Attn: Kevin Roadnight

Federal Deposit Insurance Corporation
Legal Division
1601 Bryan Street
Dallas, Texas 75201
Attention: Regional Counsel

Great Western Bank
Attn: Jeffory Erickson
35 1st Avenue NE
Watertown, SD 57201-2452

Federal Deposit Insurance Corporation
Attn: Daniel M. Bell
Receiver – In-Charge
1601 Bryan Street
Dallas, Texas 75201

| | |
|---|---|
| Office of Thrift Supervision<br>1700 G. Street NW<br>Washington, D.C. 20552-0003 | Office of the Attorney General<br>Main Justice Building, Room 5111<br>Tenth & Constitution Avenue, N.W.<br>Washington, D.C. 20530 |

*/s/ Micheal W. Bishop*
Micheal W. Bishop