Mark E. MacDonald, TX Bar No. 12758300
Mark E. MacDonald, Jr. IL Bar No. 6217592
Daniel J. Artz, TX Bar No. 01365570
MacDonald + MacDonald, P.C.
10300 N. Central Expressway, Suite 335
Dallas, TX 75231
(214) 237-4220; Facsimile: (214) 890-0818
Email: mark@macdonaldlaw.com
**COUNSEL FOR DLH MASTER LAND HOLDING, LLC
AND ALLEN CAPITAL PARTNERS, LLC, DEBTORS
AND DEBTORS IN POSSESSION**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **In re:** § | |
| § | |
| **DLH Master Land Holding, LLC,** § | |
| **Allen Capital Partners, LLC,** § | **Case No. 10- 30561-HDH-11** |
| **Richard S. Allen, Inc.** § | |
| **Richard S. Allen,** § | **Jointly Administered** |
| § | |
| **Debtors.** § | |

### MOTION FOR SETTING AND REQUEST FOR EXPEDITED
### HEARING ON DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO
### AGREEMENTS TO PAY COMMISSIONS IN CONNECTION WITH BORROWINGS
### UNDER EXIT FACILITY NUNC PRO TUNC AS OF AUGUST 6, 2010

1. Debtors DLH Master Land Holding, LLC ("DLH") and Allen Capital Partners, LLC ("ACP") through their counsel hereby requests that a hearing be set on the DEBTORS' MOTION FOR AUTHORITY TO ENTER INTO AGREEMENTS TO PAY COMMISSIONS IN CONNECTION WITH BORROWINGS UNDER EXIT FACILITY NUNC PRO TUNC AS OF AUGUST 6, 2010 for the next omnibus hearing date at which it may be heard by the Court.

2. Notice of proposed expedited hearing will be provided to all parties receiving notices via the ECF system.

3. Debtors ACP and DLH are requesting an expedited hearing as time is of the essence in connection with the contemplated Exit Financing which is a pre-condition to the Effective Date of Debtors' proposed Plan.

4. A hearing was not requested earlier because Debtors had initially attempted to secure financing directly from various lenders without entering into such an agreement to compensate a third party for such a borrowing.

Respectfully submitted,

\s\ Mark E. MacDonald, Jr.
Mark E. MacDonald, Jr. IL Bar No. 6217592
MacDonald + MacDonald, P.C.
10300 N. Central Expressway, Suite 335
Dallas, TX 75231
(214) 237-4220; Facsimile: (214) 890-0818
Email: memacdonald2@aol.com
**COUNSEL FOR DLH MASTER LAND HOLDING, LLC AND ALLEN CAPITAL PARTNERS, LLC, DEBTORS AND DEBTORS IN POSSESSION**

## CERTIFICATE OF CONFERENCE

The U.S. Trustee's office has no objection to the relief requested in the underlying motion. To date, no party in interest has indicated that they would oppose Debtors request for expedited hearing on this matter.

\s\ Mark E. MacDonald, Jr.