Michael D. Warner, Esq. (TX Bar No. 00792304)
Rachel R. Obaldo, Esq. (TX Bar No. 24041617)
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250
817-810-5255 Facsimile

Hamid R. Rafatjoo, Esq. (Admitted *Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
310-229-9900
310-229-9901 Facsimile

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>DLH Master Land Holding, LLC,<br>Allen Capital Partners, LLC,<br>Richard S. Allen, Inc.<br>Richard S. Allen,<br><br>             Debtors. | Case No. 10-bk-30561-HDH-11 |

**WITHDRAWAL OF THE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EXPEDITED MOTION TO APPROVE COMPROMISE AND SETTLEMENT BETWEEN DEBTORS, GREAT WESTERN BANK AND BB&T**

The duly-appointed Official Committee of Unsecured Creditors (the "Committee") of DLH Master Land Holding, LLC, and Allen Capital Partners, LLC, debtors and debtors in possession (collectively, the "Debtors") hereby withdraws its *Objection of the Official Committee of Unsecured Creditors to Expedited Motion to Approve Compromise and Settlement Between Debtors, Great Western Bank and BB&T* filed on November 11, 2010 [Docket No. 655].

DATED: November 15, 2010  By: /s/ *Rachel R. Obaldo*
Michael D. Warner, Esq. (TX Bar No. 00792304)
Rachel R. Obaldo, Esq. (TX Bar No. 24041617)
**COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.**
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
817-810-5250
817-810-5255 Facsimile

and

Hamid R. Rafatjoo, Esq. (Admitted *Pro Hac Vice*)
**VENABLE LLP**
2049 Century Park East
Suite 2100
Los Angeles, CA 90067
310-229-9900
310-229-9901 Facsimile

COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all parties on the attached Limited Service List by pre-paid postage U.S.P.S First Class Mail and/or electronic service in the above cases on this 15th day of November, 2010.

/s/ Rachel R. Obaldo
Rachel R. Obaldo

Page 2 of 2
76393/0000-7171927v1