| | |
|---|---|
| Micheal W. Bishop, Esq.<br>State Bar No. 02354860<br>H. Joseph Acosta, Esq.<br>State Bar No. 24006731<br>LOOPER REED & MCGRAW, P.C.<br>1601 Elm Street, Suite 4600<br>Dallas, TX 75201<br><br>-And-<br><br>Jerry D. Johnson, Esq.<br>State Bar No. 10746000<br>J. Michael Tibbals, Esq.<br>Texas State Bar No. 20017500<br>SNELL WYLIE & TIBBALS, PC<br>8150 North Central Expwy, Suite 1800<br>Dallas, Texas 75206<br><br>ATTORNEYS FOR GREAT WESTERN BANK, A BANK CHARTERED UNDER THE LAWS OF THE STATE OF SOUTH DAKOTA, SUCCESSOR IN INTEREST TO THE LOANS OF TIERONE BANK, A FEDERALLY CHARTERED SAVINGS BANK, BY ACQUISITION OF ASSETS FROM THE FDIC AS RECEIVER OF TIERONE BANK, WHICH WAS CLOSED BY THE OFFICE OF THRIFT SUPERVISION ON JUNE 4, 2010 | Timothy J. Vineyard, Esq.<br>Texas State Bar No. 20587000<br>Jason T. Rodriguez, Esq.<br>Texas State Bar No. 24042827<br>HIGIER ALLEN & LAUTIN, P.C.<br>5057 Keller Springs Road, Suite 600<br>Addison, Texas 75001-6231<br><br>ATTORNEYS FOR BRANCH BANKING AND TRUST COMPANY, A NORTH CAROLINA STATE BANK ASSOCIATION, SUCCESSOR IN INTEREST TO COLONIAL BANK F/K/A COLONIAL BANK, N.A. BY ACQUISITION OF ASSETS FROM THE FDIC AS RECEIVER FOR COLONIAL BANK |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11 Case** |
| DLH MASTER LAND HOLDING, LLC, | § | |
| ALLEN CAPITAL PARTNERS, LLC, | § | Case No. 10-30561-HDH-11 |
| RICHARD S. ALLEN, INC. and | § | |
| RICHARD S. ALLEN, | § | |
| | § | |
| Debtors. | § | |

### NOTICE OF APPROVAL OF THE GREAT WESTERN BANK
### SETTLEMENT AGREEMENT BY THE FDIC AND BB&T

**COMES NOW** Great Western Bank, a bank chartered under the laws of the State of

South Dakota, successor in interest to the loans of TierOne Bank, a federally chartered savings

bank, by acquisition of assets from the FDIC as Receiver of TierOne Bank, which was closed by the Office of Thrift Supervision on June 4, 2010 ("Great Western") and Branch Banking and Trust Company, A North Carolina State Bank Association, Successor in Interest to Colonial Bank f/k/a Colonial Bank, N.A. by Acquisition of Assets from the FDIC as Receiver for Colonial Bank ("BB&T") and file this Notice of Approval of the Great Western Bank Settlement Agreement by the FDIC and BB&T, and in support hereof would show the Court as follows.

1. After notice and a hearing, this Court entered that certain "Order Approving Settlement by and between Debtors, Great Western Bank and BB&T" (the "Settlement Order") on November 16, 2010 (Dkt. No. 665).

2. **PLEASE BE ADVISED** that pursuant to the terms of the Settlement Order, including paragraph 1.3 thereof, the Federal Deposit Insurance Corporation and the management of BB&T have approved the execution of the settlement agreement by Great Western and BB&T, respectively.

    Respectfully submitted

By: */s/ Micheal W. Bishop*
Micheal W. Bishop, Esq.
State Bar No. 02354860
H. Joseph Acosta, Esq.
State Bar No. 24006731
**Looper Reed & McGraw, P.C.**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332

**-and-**

Jerry D. Johnson, Esq.
State Bar No. 10746000
J. Michael Tibbals, Esq.
State Bar No. 20017500
**Snell Wylie & Tibbals, PC**
8150 North Central Expwy, Suite 1800
Dallas, Texas 75206
Direct Dial: (214) 932-1795
Facsimile: (214) 691-2501

**ATTORNEYS FOR GREAT WESTERN BANK, A BANK CHARTERED UNDER THE LAWS OF THE STATE OF SOUTH DAKOTA, SUCCESSOR IN INTEREST TO THE LOANS OF TIERONE BANK, A FEDERALLY CHARTERED SAVINGS BANK, BY ACQUISITION OF ASSETS FROM THE FDIC AS RECEIVER OF TIERONE BANK, WHICH WAS CLOSED BY THE OFFICE OF THRIFT SUPERVISION ON JUNE 4, 2010**


By: ___*/s/ Timothy J. Vineyard*___
    Timothy J. Vineyard, Esq.
    State Bar No. 20587000
    Jason T. Rodriguez, Esq.
    State Bar No. 24042827
    **Higier Allen & Lautin, P.C.**
    5057 Keller Springs Road, Suite 600
    Addison, Texas 75001-6231
    Telephone: (972) 716-1888
    Facsimile: (972) 716-1899

**ATTORNEYS FOR BRANCH BANKING AND TRUST COMPANY, A NORTH CAROLINA STATE BANKING ASSOCIATION, SUCCESSOR IN INTEREST TO COLONIAL BANK F/K/A COLONIAL BANK, N.A. BY ACQUISITION OF ASSETS FROM THE FDIC AS RECEIVER FOR COLONIAL BANK**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing "Notice of Approval of the Settlement Agreement by the FDIC and BB&T" has been electronically filed in the case with the Clerk of the United States Bankruptcy Court by using the CM/ECF system, a copy was served on the parties who receive notice via the Court's ECF notification system and via electronic transmission to the persons listed below on this the 6th day of January, 2011.

| | |
|---|---|
| Mark MacDonald | Michael D. Warner, Esq. |
| MacDonald + MacDonald, P.C. | Cole, Schotz, Meisel, Forman & |
| 10300 N. Central Expressway, Suite 335 |   Leonard, P.A. |
| Dallas, TX 75231 | 301 Commerce St., Suite 1700 |
| | Fort Worth, TX 76102 |

                                       */s/ Micheal W. Bishop*
                                       Micheal W. Bishop