U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*

**United States Bankruptcy Judge**

**Signed January 21, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-30561-hdh-11 |
| | § | |
| DLH Master Land Holding, LLC, | § | CHAPTER 11 |
| Allen Capital Partners, LLC, | § | |
| Richard S. Allen, Inc. | § | Jointly Administered |
| Richard S. Allen | § | |
| | § | |
| Debtors. | § | |
| | § | |

### ORDER GRANTING DEBTORS' MOTION TO RESET DISCLOSURE STATEMENT HEARING AND EXTEND PLAN EXCLUSIVITY TO SOLICIT ACCEPTANCES

Debtors, DLH Master Land Holding, LLC ("DLH"), Allen Capital Partners, LLC ("ACP"), (collectively "Debtors") moved pursuant to Section 11 U.S.C. § 1121(d) of the Bankruptcy Code for entry of an order extending Debtors' exclusive period to solicit acceptances. A hearing was held on the Motion on January 24, 2010. The Court has considered Debtors' Motion as well as arguments of counsel and progress toward plan confirmation. The Creditors' Committee support the extension as do the principal secured creditors. In light of the foregoing, the Court finds good cause for the requested extensions.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Exclusive Period for ACP and DLH to solicit acceptances is extended to and including March 11, 2011.

2. This extension is without prejudice for (a) Debtors to seek further extensions of plan exclusivity; and (b) the Official Committee of Unsecured Creditors (the "Committee") and other parties in interest to object to the Debtors' seeking further extensions of plan exclusivity or to seek to shorten exclusivity. Hearing on any requested further extension of exclusivity is continued to March 7, 2011 at 1:30 p.m. without further notice.

3. DLH and ACP shall file their Third Amended Disclosure Statement and their Third Amended Plan on or before February 22, 2011.

4. March 2, 2011 is the last day for filing and serving objections to the Fourth Amended Disclosure Statement of DLH and ACP upon counsel for DLH/ACP and the Committee.

5. Hearing on the Third Amended Disclosure Statement of DLH and ACP as may be amended, **is set to commence on March 7, 2011 at 1:30 p.m.** The Court has set aside March 7, 2011 at 1:30 p.m., and March 8, 2011 at 9:00 a.m. for the hearing. Parties should plan their presentations to conclude the hearing within that block of time. Where possible, the parties are strongly encouraged to reach specific corrective or added language to resolve any objection prior to commencement of the hearing. The hearing is potentially a contested matter so use of witnesses or exhibits is permitted subject to relevance or other objections. Objections to confirmation rather the adequacy of disclosure are preserved to confirmation.

6. If on or before March 11, 2011, an order is entered approving the Fourth Amended Disclosure Statement of DLH/ACP, as the same may be amended prior to February 22,

2011, then the exclusive period for ACP and DLH to solicit acceptances is further extended to April 18, 2011 without further order.

7.	Hearing on Confirmation of the Third Amended Plan of ACP and DLH and the Plan of RSA and RSAI, as they may subsequently be amended, is provisionally set for hearing to commence on April 18, 2011 at 9:00 a.m. Any objections to confirmation shall be served upon counsel for DLH and ACP, RSA, and upon counsel for the Committee, on or before 5:00 p.m. Central Time on April 12, 2011.

###End of Order###