U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

**Signed May 31, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> DLH MASTER LAND HOLDING LLC, § <br> ALLEN CAPITAL PARTNERS, LLC, § <br> RICHARD S. ALLEN, INC., and § <br> RICHARD S ALLEN, § <br> § <br> DEBTORS. § | CASE NO. 10-30561-HDH-11 <br> (Jointly Administered) |

**ORDER EXTENDING DEADLINE TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT AND EXTENDING EXCLUSIVITY FOR DEBTORS RICHARD S. ALLEN ("ALLEN") AND RICHARD S. ALLEN, INC. ("RSAI")**

On May 18, 2011, there came on to be heard the Motion to Postpone Disclosure Statement Hearing and Confirmation Hearings and Extend Exclusivity for Debtors Allen and RSAI Only [Docket No. 865] in the above captioned bankruptcy case; and the Court having jurisdiction to consider the Motion and the relief requested therein under 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b)(2); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided and no other or further notice

need be provided; and the relief requested in the Motion being in the best interest of RSAI and Allen and their estates and creditors; and the Court having reviewed the Motion and having considered the arguments and authorities, the lack of any objection to the Motion, as well as any evidence presented at the hearing in support of the relief requested; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause to grant the requested relief; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

HEREBY ORDERED, ADJUDGED and DECREED that:

1. The deadline for Allen and RSAI to file an Amended Plan and Disclosure Statement is extended to and including July 10, 2011.

2. **The hearing to determine the adequacy of Allen and RSAI's Disclosure Statement as amended is set for August 15, 2011 at 1:30 p.m**.

3. **The confirmation hearing for Allen and RSAI's Plan as amended is set for September 19, 2011 at 1:30 p.m.**

4. Objections to the Disclosure Statement as amended shall be filed on or before August 8, 2011.

5. Objections to confirmation of the Plan as amended shall be filed on or before September 12, 2011.

6. The exclusivity period for Debtors Allen and RSAI is extended through and including the date of the confirmation hearing set by this Order.

7. Service of this Order shall constitute service of notice of the Disclosure Statement hearing, the confirmation hearing and the deadlines for filing objections to each pursuant to Rule 2002(b).

8. This Order is without prejudice to RSAI and Allen requesting further extensions of the exclusivity period.

* * * END OF ORDER * * *