U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

**Signed June 20, 2011**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DLH Master Land Holding, LLC, | § | |
| Allen Capital Partners, LLC, | § | Case No. 10-30561-HDH-11 |
| Richard S. Allen, Inc. | § | |
| Richard S. Allen, | § | Jointly Administered |
| | § | |
| Debtors. | § | |

### ORDER GRANTING MOTION FOR SETTING
### AND REQUEST FOR EXPEDITED HEARING

Before the Court is the *Motion for Setting and Request for Expedited Hearing* [Docket No. 988] (the "Motion") filed by Debtor and Debtor in possession DLH Master Land Holding, LLC ("DLH"). Having considered the Motion, the Court finds that the relief requested in the Motion is in the best interests of the Debtors, their estates, the creditors thereof, and all other parties-in-interest and further that adequate notice of the Motion has been given and, thus, no further notice is necessary. Therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that a hearing on the *Motion Pursuant to Rule 9019 Approving Settlement and Compromise among DLH Master Land Holding, LLC, the Allen Group, Inc., and ADESA Texas, Inc.* [Docket No. 987] shall be held **on June 21, 2011 at 9:00 a.m.** before the Honorable Harlin D. Hale, United States Bankruptcy Court for the Northern District of Texas, Earl Cabell Federal Building, 14th Floor, 1100 Commerce Street, Dallas, Texas.

### End of Order ###

Submitted and Prepared by:

By: */s/ Daniel J. Artz*
Mark E. MacDonald
State Bar No. 12758300
Daniel J. Artz
State Bar No. 01365570
MacDonald + MacDonald, P.C
10300 N. Central Expressway, Suite 335
Dallas, Texas  75231
Tel.:  (214) 237-4220
Fax:  (214) 890-0818
Email:  mark@macdonaldlaw.com

**COUNSEL FOR DLH MASTER LAND HOLDING, LLC
AND ALLEN CAPITAL PARTNERS, LLC,
DEBTORS AND DEBTORS IN POSSESSION**