

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[signature]*

United States Bankruptcy Judge

Signed June 22, 2011

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-30561-hdh-11 |
| | § | |
| DLH Master Land Holding, LLC, | § | CHAPTER 11 |
| Allen Capital Partners, LLC, | § | |
| Richard S. Allen, Inc. | § | Jointly Administered |
| Richard S. Allen | § | |
| | § | |
| Debtors. | § | |
| | § | |

**ORDER CONCERNING OBJECTION OF COFFMAN INVESTMENT, L.P.
AND DIANE COFFMAN TO CONFIRMATION OF DEBTORS'
<u>AMENDED FIFTH JOINT PLAN OF REORGANIZATION</u>**

CAME ON BEFORE THE COURT for hearing on June 21, 2011 the Objection to Debtors' Amended Fifth Joint Plan of Reorganization (the "<u>Coffman Objection</u>") [Docket No. 958], filed on May 31, 2011 by Coffman Investment, L.P. and Diane Coffman Garvin , and the Response of DLH Master Land Holding, LLC to Objection of Coffman Investment, L.P. to Confirmation of Debtors' Amended Fifth Joint Plan of Reorganization (the "<u>Debtor's Response</u>") [Docket No. 1002], filed by Debtor DLH Master Land Holding, LLC ("<u>Debtor</u>") on

June 20, 2011. The Court, having considered the pleadings and the arguments of counsel, is of the opinion that Section 3.16, the non-recourse section, of the Promissory Note is broadly written to make non-recourse not only the note obligations, but other obligations, such as attorneys' fees, which may arise under the Deed of Trust or Promissory Note. Accordingly, the Court sustains the Debtor's Response that Coffman Investment, L.P. and Diane Coffman Garvin do not have standing to object to confirmation of the Debtor's Plan of Reorganization. Therefore it is hereby

**ORDERED** that the Coffman Objection is hereby **OVERRULED** in all respects, and the Coffman parties, having previously been granted relief from the automatic stay and the right to pursue their state law remedies against their collateral, are unimpaired with respect to their secured claim against the Debtor DLH Master Land Holding, LLC, and therefore lack standing to object to the confirmation of the Debtors' Amended Fifth Joint Plan of Reorganization.

**IT IS FURTHER ORDERED** that all other relief sought by the Coffman Objection and the Debtors' Response not expressly granted herein is **DENIED**.

###End of Order###

Submitted and Prepared by:

 */s/ Daniel J. Artz*
Daniel J. Artz
State Bar No. 01365570
MacDonald + MacDonald, P.C
10300 N. Central Expressway, Suite 335
Dallas, Texas 75231
Tel.: (214) 969-9016
Fax: (214) 871-3049
Email: djartz@aol.com
**COUNSEL FOR DLH MASTER LAND HOLDING, LLC
AND ALLEN CAPITAL PARTNERS, LLC,
DEBTORS AND DEBTORS IN POSSESSION**